**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 00-2380**

———————

IRMA JO DRAUGHON,

                        Plaintiff - Appellant,

        versus

SOCIAL SERVICES,

                        Defendant - Appellee.

———————

Appeal from the United States District Court for the Eastern District of North Carolina, at Wilmington.  James C. Fox, Senior District Judge.  (CA-00-177-7-F)

———————

Submitted:  February 9, 2001      Decided:  February 20, 2001

———————

Before WILLIAMS, MOTZ, and KING, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Irma Jo Draughon, Appellant Pro Se.  Gordon Claiborne Woodruff, Smithfield, North Carolina; Benjamin R. Warrick, Clinton, North Carolina, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Irma Jo Draughon appeals the district court's order dismissing her complaint against the Sampson County Department of Social Services as frivolous under 28 U.S.C. § 1915(e)(2)(B)(ii) (West Supp. 2000). We have reviewed the record and find no reversible error. Accordingly, we affirm the dismissal of Draughon's complaint based on the reasoning of the district court. See Draughon v. Social Services, No. CA-00-177-7-F (E.D.N.C. Sept. 26, 2000). Sampson County Department of Social Services' motion to dismiss and impose sanctions is denied. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2